UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE MCCALLUM, II,<br><br>  Petitioner,<br><br>  v.<br><br>MIKE KNOWLES, Acting Warden,<br><br>  Respondent. | Case No. CV 09-2834 FMO(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including all documents filed in connection with petitioner's Motion to Amend/Exhaust and the Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered rejecting petitioner's claims on the merits, denying the Petition, and dismissing this action with prejudice.

///
///
///

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 United States Magistrate Judge's Report and Recommendation, and the Judgment
3 herein on petitioner and counsel for respondent.
4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6     DATED: April 29, 2014

                _____/s/_____
                HONORABLE FERNANDO M. OLGUIN
                UNITED STATES DISTRICT JUDGE