UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GENE MCCALLUM, II, | ) | Case No. CV 09-2834 FMO(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MIKE KNOWLES, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's claims are rejected on the merits, the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

DATED: April 29, 2014

_____/s/_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE